# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
## No. 20-0186V
UNPUBLISHED

|  |  |
|---|---|
| MARYLOU LALONDE,<br><br>                    Petitioner,<br><br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                    Respondent. | Chief Special Master Corcoran<br><br>Filed: November 16, 2021<br><br>Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Tetanus Diphtheria acellular<br>Pertussis (Tdap) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Ronald Craig Homer, Conway, Homer, P.C., Boston, MA, for Petitioner.*

*Christine Mary Becer, U.S. Department of Justice, Washington, DC, for Respondent.*

## DECISION AWARDING DAMAGES[1]

On February 21, 2020, Marylou LaLonde filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") after receiving the tetanus, diphtheria, acellular pertussis ("Tdap") vaccine on May 31, 2018. Petition at 1, ¶ 2. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 12, 2021, a ruling on entitlement was issued, finding Petitioner entitled to compensation for her SIRVA. On November 15, 2021, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $95,000.00, representing compensation for her pain and suffering. Proffer at 1. In the Proffer,

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $95,000.00, representing compensation for her pain and suffering in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____
                                                    )
MARYLOU LALONDE,                    )
                                                    )
            Petitioner,                          )
                                                    )        No. 20-186V
      v.                                            )        Chief Special Master Corcoran
                                                    )        ECF
SECRETARY OF HEALTH AND          )
HUMAN SERVICES,                        )
                                                    )
            Respondent.                         )
_____)

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

**I.    Procedural History**

On July 12, 2021, respondent filed a Vaccine Rule 4(c) report concluding that petitioner

sustained the onset of a left shoulder injury related to vaccine administration ("SIRVA") within

the Table time period following a tetanus-diphtheria-acellular pertussis ("Tdap") vaccine, and

therefore sustained an injury that is compensable under the terms of the National Childhood

Vaccine Injury Act of 1986, as amended, 42 U.S.C. §§300aa-10 to -34.  ECF No. 30.

Accordingly, on July 12, 2021, the Chief Special Master issued a Ruling on Entitlement, finding

that petitioner was entitled to vaccine compensation for SIRVA following the Tdap vaccine she

received on May 31, 2018.  ECF No. 31.

**II.    Items of Compensation**

Respondent proffers that petitioner should be awarded $95,000.00 for pain and suffering.

This represents all elements of compensation to which petitioner is entitled under 42

U.S.C. § 300aa-15(a).  Petitioner agrees.

III.   **Form of the Award**

Petitioner is a competent adult.  Evidence of guardianship is not required in this case. Respondent recommends that the compensation provided to petitioner should be made through a lump sum payment as described below and requests that the Chief Special Master's decision and the Court's judgment award the following[1]: a lump sum payment of $95,000.00, in the form of a check payable to petitioner.

IV.   **Summary of Recommended Payments Following Judgment**

Lump sum payable to petitioner, Marylou LaLonde:                    **$95,000.00**

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

C. SALVATORE D'ALESSIO
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

TRACI R. PATTON
Assistant Director
Torts Branch, Civil Division

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief.  In particular, respondent would oppose any award for future pain and suffering.

2

s/Christine Mary Becer
CHRISTINE MARY BECER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel:  (202) 616-3665
Christine.m.becer@usdoj.gov

DATED:  November 15, 2021